UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

DARYL SHARP, Ambassador and
representative of the Living God Jehovah

    Plaintiff,

v.                                             Case No:   2:17-cv-341-FtM-99MRM

TIMOTHY DOLAN, Archbishop and THE
LEADERS OF THE U.S. CONFERENCE
OF CATHOLIC BISHOPS,

    Defendant.
_____/

**REPORT AND RECOMMENDATION**

Pending before the Court are Plaintiff Daryl Sharp's *pro se* Complaint (Doc. 1) and Affidavit of Indigency (Doc. 2) filed on June 19, 2017.  The Court will construe the Affidavit of Indigency (Doc. 2) as a Motion for Leave to Proceed *In Forma Pauperis*.  When an application is filed to proceed *in forma pauperis*, the Court is obligated to review the file pursuant to 28 U.S.C. § 1915.  Section 1915(e)(2)(B) requires the Court to dismiss the case if it determines that the action is frivolous or malicious; if it fails to state a claim upon which relief may be granted; or if the complaint seeks monetary relief against a defendant who is immune from such relief.  *See* 28 U.S.C. § 1915.  For the reasons explained below, the Court recommends that this action be dismissed as frivolous.

When proceeding *pro se*, a party is held to a less stringent standard than a litigant represented by counsel.  *See Watson v. Ault*, 525 F.2d 886, 891 (5th Cir. 1976).[1]

---

[1] In *Bonner v. City of Prichard*, 661 F.2d 1206, 1209 (11th Cir. 1981) (*en banc*), the Eleventh Circuit Court of Appeals adopted as binding precedent all the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

Nevertheless, a party still must comply with the Federal Rules of Civil Procedure. *Id.*

In the Affidavit of Indigency, Plaintiff states that he is a resident of Arlington, Virginia. (Doc. 2 at 1). Plaintiff brings suit against Timothy Dolan, Archbishop and "the leaders of the U.S. Conference of Catholic Bishops" under the Racketeer Influenced and Corrupt Organizations (RICO), 18 U.S.C. § 1961 *et seq.* as well as other statutes involving, *inter alia* weapons of mass destruction, attacks on a military installations, sexual abuse of a minor, and attacks on aircraft at international airports. (Doc. 1 at 1). Plaintiff appears to cite to verses in the Bible and then claims that "[t]he Catholic hierarchy have added books to the original 66 book structure of the Bible with such books as: Judith, Tobit, Surach and Baruch." (*Id.* at 2). Further, Plaintiff claims that the "Catholic hierarchy" made "other additions and the inaccuracies in them have distorted not only the simple purpose of the Bible and its message but with such additions have manipulated private business and governments here and around the globe." (*Id.*). As a result, Plaintiff generally blames Archbishop Dolan and the entire leadership of the United States Conference of Catholic Bishops for a host of activities, including "laundering funds from the Welfare, Social Security, Medicare, Stock Markets and other financial vehicles, abus[ing] children sexually and hav[ing] manipulated and intimidated such persons in this county and globally." (*Id.*). In seeking relief, Plaintiff prays that Archbishop Dolan and the entire leadership of the United States Conference of Catholic Bishops be found guilty: (1) of "manipulation of the divine teaching book the Bible for manipulation and theft against the United States government;" (2) of RICO for laundering $500 trillion dollars; (3) of Sexual Abuse under 18 U.S.C. § 2242, Aggravated Sexual Abuse under 18 U.S.C. § 2241, and Sexual Abuse of a Minor or Ward under 18 U.S.C. § 2243 and requests that all "Bishops, Cardinals, Priest[s] and the Pope Francis" be incarcerated; and (4) of terrorists attacks at airports, military bases,

shopping malls, public schools, and U.S. Embassies under 18 U.S.C. §§ 32, 37, 930C, 2155, 2156, 2332A, 2332B and 2332F.  Plaintiff also prays that the Vatican and all personnel in positions of authority and the U.S. Conference of Catholic Bishops be found guilty of violating Article One of the United Nations Charter "for threats to the peace and security of the planet for masterminding such global attacks and terminate all buildings globally and its personnel."  (*Id*. at 3).

A complaint is considered frivolous when it "lacks an arguable basis either in law or in fact."  *Neitzke v. Williams*, 490 U.S. 319, 325 (1989).  Thus, the term "frivolous" "embraces not only the inarguable legal conclusion, but also the fanciful factual allegation."  *Id.*  Thus, a court may dismiss a claim when the allegations are "factually frivolous," "clearly baseless," "fantastic," or "delusional."  *Denton v. Hernandez*, 504 U.S. 25, 33 (1992).  "As those words suggest, a finding of factual frivolousness is appropriate when the facts alleged rise to the level of the irrational or the wholly incredible, whether or not there are judicially noticeable facts available to contradict them."  *Id.*  Moreover, a district court may dismiss an action when it determines "from the face of the complaint that the factual allegations are 'clearly baseless' or that the legal theories are 'indisputably meritless.'"  *Davis v. Kvalheim*, 261 F. App'x 231, 235 (11th Cir. 2008).

The instant case satisfies the standard for frivolousness.  The allegations are fantastic and incredible and are not supported by factual assertions.  Plaintiff's allegations fail to tie any of the alleged misconduct to either Defendant; fail to indicate how this Court has jurisdiction in this matter; and fail to support the filing of this action in the Middle District of Florida, Fort Myers Division.  Upon consideration of the Complaint, the Undersigned finds that the factual allegations are clearly baseless and the legal theories are indisputably meritless.  The

frivolousness of the allegations and legal conclusions also leads the Court to the conclusion that leave to amend would be futile.

Accordingly it is **RESPECTFULLY RECOMMENDED:**

1) That the Affidavit of Indigency construed as a Motion to Proceed *In Forma Pauperis* (Doc. 2) be **DENIED**.

2) That this action be **DISMISSED**.

Respectfully recommended in Chambers in Ft. Myers, Florida on June 27, 2017.

_____
MAC R. MCCOY
UNITED STATES MAGISTRATE JUDGE

### NOTICE TO PARTIES

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Copies furnished to:

Counsel of Record
Unrepresented Parties